```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CYNTHIA SANTIAGO, | : | CIVIL ACTION |
| | : | NO. 13-5411 |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SEPTA, et al., | : | |
| | : | |
|     Defendants. | : | |

**O R D E R**

**AND NOW,** this **15th** day of **May, 2015,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED**:

(1) On **Counts I, II, III, and IV,** SEPTA's Motion for Summary Judgment ECF No. 50) is **DENIED**.

(2) On **Count V,** SEPTA's Motion for Summary Judgment is **GRANTED**.

**AND IT IS SO ORDERED.**

    **/s/ Eduardo C. Robreno**
    **EDUARDO C. ROBRENO,   J.**